IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LACEDRIC W. JOHNSON, | ) | No. C 12-0720 JSW (PR) |
| Petitioner, | ) ) | **ORDER TO PAY FILING FEE; DENYING APPLICATION TO** |
| vs. | ) ) | **PROCEED IN FORMA PAUPERIS** |
| P.D. BRAZELTON, | ) ) | |
| Respondent. | ) ) ) | (Docket No. 4) |

Petitioner, a prisoner of the State of California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. Petitioner has filed an application to proceed in forma pauperis ("IFP"). The application indicates that for the six months between September 2011 and March 2012, Petitioner's prison trust account had average monthly deposits of over one hundred dollars. This is more than enough money to pay the modest $5.00 filing fee. The IFP application (docket number 4) is DENIED.

**Within 30 days of the date this order is filed, Petitioner shall pay the $5.00 filing fee by mailing it to the Clerk of Court with a clear indication that it is for case number C 12-0720 JSW (PR)). Petitioner's failure to pay the filing fee in accordance with this order will result in the dismissal of this matter.**

IT IS SO ORDERED.

DATED: April 18, 2012

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEDRIC W JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>P D BRAZELTON et al,<br><br>    Defendant._____ / | Case Number: CV12-00720 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lacedric W. Johnson H-28940
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

Dated: April 18, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk